(No. 74-CC-806—)

MOBIL OIL CORPORATION Claimant, *vs.* STATE OF ILLINOIS, ILLINOIS ARTS COUNCIL, Respondent.

*Opinion filed July 10, 1974.*

JAMES LESTIKOW, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-809—)

MOBIL OIL CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed July 10, 1974.*

JAMES LESTIKOW, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-814—)

JERRY WEDEKING, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PERSONNEL, Respondent.

*Opinion filed July 10, 1974.*

JERRY WEDEKING, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.